UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FALCON RIDGE CONDOMINIUM ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS PROPERTY CASUALTY OF AMERICA, f/k/a THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, <br><br> Defendant. | Docket No.: 2:13-CV-05059-JLL-JAD <br><br> ECF CASE <br><br> **STIPULATION OF DISMISSAL** |

Plaintiff Falcon Ridge Condominium Association, Inc., and Defendant Travelers Casualty & Surety Company of America, improperly named, Travelers Property Casualty of America, by and through their respective counsel of record hereby stipulate to dismiss the above-captioned proceeding with prejudice pursuant to FRCP 41(a)(1)(A)(ii) and without the assessment of costs against any party.

IT IS SO STIPULATED.

Dated: September 25, 2013

HERRICK, FEINSTEIN LLP

BY: _____
Ashley R. Newman
Mark Wiechnik
210 Carnegie Center
Princeton, NJ 08540-6232

Attorneys for Plaintiff FALCON RIDGE CONDOMINIUM ASSOCIATION, INC.

Dated:  September 26, 2013                    BOUNDAS, SKARZYNSKI,
                                                                                     WALSH & BLACK, LLC

                                                                BY:_____/s/ Maryann Taylor____
                                                                       Maryann Taylor
                                                                       103 Carnegie Center
                                                                       Suite 300
                                                                       Princeton, NJ  08540

                                                                       Attorneys for Defendant
                                                                       TRAVELERS CASUALTY & SURETY
                                                                       COMPANY OF AMERICA

4846-9692-3926