UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CLOSED**

|  |  |
|---|---|
| FALCON RIDGE CONDOMINIUM ASSOCIATION, INC., | Docket No.: 2:13-CV-05059-JLL-JAD |
| Plaintiff, | ECF CASE |
| vs. | **STIPULATION OF DISMISSAL** |
| TRAVELERS PROPERTY CASUALTY OF AMERICA, f/k/a THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, | |
| Defendant. | |

Plaintiff Falcon Ridge Condominium Association, Inc., and Defendant Travelers Casualty & Surety Company of America, improperly named, Travelers Property Casualty of America, by and through their respective counsel of record hereby stipulate to dismiss the above-captioned proceeding with prejudice pursuant to FRCP 41(a)(1)(A)(ii) and without the assessment of costs against any party.

IT IS SO STIPULATED.

Dated: September 26, 2013

HERRICK, FEINSTEIN LLP

BY: _____
Ashley R. Newman
Mark Wiechnik
210 Carnegie Center
Princeton, NJ 08540-6232

Attorneys for Plaintiff FALCON RIDGE CONDOMINIUM ASSOCIATION, INC.

SO ORDERED: _____
ATED: _____ 9/27/13

Dated:  September 26, 2013                    BOUNDAS, SKARZYNSKI,
                                              WALSH & BLACK, LLC


                                              BY:      /s/ Maryann Taylor
                                              Maryann Taylor
                                              103 Carnegie Center
                                              Suite 300
                                              Princeton, NJ  08540

                                              Attorneys for Defendant
                                              TRAVELERS CASUALTY & SURETY
                                              COMPANY OF AMERICA

4846-9692-3926